

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-12-00189-CV

**TRIBO PRODUCTION COMPANY LTD,**

**Appellant**

**v.**

**ELIZABETH WILSON NEWCOMB**
**AND JAMES D. WILSON, JR.,**

**Appellees**

_____

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 11-002170-CV-272

_____

## MEMORANDUM  OPINION

_____

On August 9, 2012, this Court received appellant Tribo Production Company, Ltd.'s unopposed motion to dismiss its appeal in this matter. *See* TEX. R. APP. P. 42.1(a)(1). In its motion, appellant explains that the trial court granted appellant's motion for new trial and set aside the default judgment, which is the basis for this appeal. After reviewing the contents of appellant's motion, we conclude that this appeal is moot and that dismissal would not prevent a party from seeking relief to

which it would otherwise be entitled. Accordingly, the motion is granted, and the appeal is dismissed.

AL SCOGGINS<br>Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed August 30, 2012
[CV06]